## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| FREDDIE ERVIN, JR., <br>     Plaintiff, | CASE NO. 4:17-cv-14171-LVP-APP |
| vs. | Judge Linda V. Parker <br> Magistrate Judge Anthony P. Patti |
| EXPERIAN INFORMATION <br> SOLUTIONS, INC., et al <br>     Defendants. | |

_____

## NOTICE OF SETTLEMENT WITH DEFENDANT
## ENHANCED RECOVERY COMPANY, LLC

Plaintiff and Defendant, Enhanced Recovery Company, LLC, have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Enhanced Recovery Company, LLC, only, with prejudice, no later than April 4, 2018.

                                                 Respectfully Submitted,

                                                 /s/ Carl Schwartz
                                                 Carl Schwartz (P70335)
                                                 Credit Repair Lawyers of America
                                                 22142 W. Nine Mile Road
                                                 Southfield, MI 48033
                                                 (248) 353-2882

Dated: February 7, 2018                carl@crlam.com

## PROOF OF SERVICE

I, Carl Schwartz, hereby state that on February 7, 2018, I served a copy of the within pleading upon all counsel of record via the ECF System.

*/s/ Carl Schwartz*