**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| FREDDIE ERVIN, JR., <br>     Plaintiff, | CASE NO. 4:17-cv-14171-LVP-APP |
| vs. | Judge Linda V. Parker <br> Magistrate Judge Anthony P. Patti |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al <br>     Defendants. | |

_____

**NOTICE OF VOLUNTARY DISMISSAL AS TO
DEFENDANT ENHANCED RECOVERY COMPANY, LLC, ONLY
WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY**

   The Plaintiff hereby dismisses the within action against Defendant Enhanced Recovery Company, LLC, ONLY, with prejudice and without costs to either party.

                                        Respectfully Submitted,

                                        /s/ Carl Schwartz
                                        Carl Schwartz (P70335)
                                        Credit Repair Lawyers of America
                                        22142 W. Nine Mile Road
                                        Southfield, MI 48033
                                        (248) 353-2882
Dated: April 10, 2018                   carl@crlam.com

**PROOF OF SERVICE**

   I, Carl Schwartz, hereby state that on April 10, 2018, I served a copy of the within pleading upon all counsel of record via the ECF System.

                         /s/ Carl Schwartz