# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

FREDDIE ERVIN, JR.,                     CASE NO. 4:17-cv-14171-LVP-APP
    Plaintiff,

    vs.                                    Judge Linda V. Parker
                                       Magistrate Judge Anthony P. Patti

EXPERIAN INFORMATION
SOLUTIONS, INC., et al
    Defendants.
_____

## NOTICE OF SETTLEMENT WITH DEFENDANT
## EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff and Defendant, Experian Information Solutions, Inc., have reached

a settlement.  The Parties intend to file a Stipulation of Dismissal with Prejudice no

later than November 9, 2018.


Dated: September 13, 2018                     Respectfully Submitted,


                                           /s/ *Gary D. Nitzkin*_____
                                           GARY D. NITZKIN (P41155)
                                           Credit Repair Lawyers of America
                                           22142 W. Nine Mile Road
                                           Southfield, MI  48033
                                           Tel: (248) 353-2882
                                           Fax: (248) 353-4840
                                           gary@crlam.com

## **PROOF OF SERVICE**

     I, <u>Erica L. Forbes</u>, hereby state that on <u>September 13, 2018,</u> I served a copy of the within pleading upon all counsel of record via the ECF System.

<u>/s/ *Erica L. Forbes*_</u>