UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDDIE ERVIN, JR.,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.
and ENHANCED RECOVERY COMPANY, LLC,

    Defendants.

Case No. 4:17-cv-14171
Honorable Linda V. Parker
Magistrate Anthony P. Patti

_____

## STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.

Freddie Ervin, Jr. ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, his claims asserted against Experian in the above-captioned action, with the parties to bear their own attorney's fees, costs and expenses.


/s/ *Carl Schwartz (w/consent)*
Carl Schwartz (P70335)
Attorney for Plaintiff
Credit Repair Lawyers of America
(248) 353-2882
carl@crlam.com

/s/ *Tamara E. Fraser*
Tamara E. Fraser (P51997)
Attorney for Defendant Experian
Williams, Williams, Rattner
 & Plunkett, P.C.
(248) 642-0333
tefraser@wwrplaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDDIE ERVIN, JR.,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.
and ENHANCED RECOVERY COMPANY, LLC,

    Defendants.

Case No. 4:17-cv-14171
Honorable Linda V. Parker
Magistrate Anthony P. Patti

_____

## ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, ONLY, INC., WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that Defendant Experian shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

    s/ Linda V. Parker
    LINDA V. PARKER
    U.S. DISTRICT JUDGE

Dated: September 26, 2018